UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                    :

JOHN-MICHAEL KUCZYNSKI,         :
                    :
           Plaintiff,    :
                    :          26-cv-6610 (LJL)
    -v-                 :
                    :            ORDER
UBS FINANCIAL SERVICES INC.,   :
                    :
          Defendant.   :
                    :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/12/2026

LEWIS J. LIMAN, United States District Judge:

On August 1, 2026, Plaintiff John-Michael Kuczynski moved for a temporary restraining order against Defendant UBS Financial Services Inc.  Dkt. No. 2.

In order for the Court to issue a temporary restraining order without notice to the nonmovant, Federal Rule of Civil Procedure 65 requires that the movant provide "specific facts in an affidavit or complaint clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and certify "in writing any efforts made to give notice and the reasons why it should not be required."  Fed. R. Civ. P. 65(b)(1)(A)–(B).  Plaintiff has failed to comply with Rule 65's requirements that he certify in writing his efforts to give notice to Defendant and why such notice should not be required.  The Court thus does not consider whether Plaintiff has established any elements supporting emergency relief.

Accordingly, the motion for a temporary restraining order is DENIED.  The Clerk of

2

Court is respectfully directed to close Dkt. No. 2.

SO ORDERED.

Dated: August 11, 2026
      New York, New York

                             LEWIS J. LIMAN
                      United States District Judge